FLORA DeCHARLEROY, an Infant, by CHARLES A. DeCHARLEROY, Her Guardian ad Litem, Respondent, v. ELWOOD P. BLANCHARD and Another, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

JOSEF FEINSTEIN and Another, Respondents, v. PHILIP KOSSIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

SAMUEL FORSTER, Respondent, v. MINNIE HERMAN, Also Known as MINNIE HIRSHFELD, Appellant.— Judgment of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

LEONIE C. HALSTEAD, as Executrix, etc., of SAMUEL H. HALSTEAD, Deceased, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order reversed upon the law, with costs, and complaint unanimously dismissed, with costs, on the ground that the case is barren of evidence from which a finding could be made that the motorman was guilty of a willful or wanton act, that being the sole theory on which the plaintiff tried the cause with a view of eliminating what otherwise would palpably have been the contributory negligence of the deceased. We are also constrained to disapprove of the direction of a verdict when it was plainly evinced that the defendant had no intention to submit the questions of fact to the trial justice. (See *O'Connor* v. *Webber*, 239 N. Y. 191, 198.) Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.

In the Matter of the Judicial Settlement of the Accounts of MARY A. KIMLIN, as Sole Surviving Executrix and Trustee, etc., of WILLIAM R. KIMLIN, Deceased. Decree of the Surrogate's Court of Dutchess county modified by striking from the decretal portion thereof paragraph 1, and substituting therefor the following: 1. That the said Lillian Kimlin is not entitled to any right of dower in any of the real property of which decedent died seized or possessed, and is not entitled to any right of distribution in any distributive share belonging to Stewart Kimlin, Senior, or his estate until the remarriage or decease of the life tenant, Mary A. Kimlin, and as so modified the decree is unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.